# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEVON CHAUN SEAYS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1827

[January 6, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 07CF000089CMB.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

### *ON REMAND FROM THE FLORIDA SUPREME COURT*

PER CURIAM.

The Florida Supreme Court quashed this Court's decision in *Seays v. State*, 253 So. 3d 21 (Fla. 4th DCA 2018), and remanded for reconsideration and application of *Pedroza v. State*, 291 So. 3d 541 (Fla. 2020). We affirm. Under *Pedroza*, Appellant's concurrent 25-year sentences for non-homicide offenses are not the functional equivalent of a life sentence, and *Graham v. Florida*, 560 U.S. 48 (2010), is not implicated.

*Affirmed.*

LEVINE, C.J., MAY, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***